IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 82-cv-00393-WDM

ALAN SCHAEFFER, et al.,

    Plaintiffs,

v.

MAXWELL ENERGY EQUIPMENT CO., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' documents (Doc. Nos. 1, 2, 3, & 4) are stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated:  September 29, 2006

                              s/ Jane Trexler, Judicial Assistant