IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 82-cv-00393-WDM

ALAN SCHAEFFER, SUNRISE ENERGY CORP., RICHARD J. BROWN, NORMAN G. SKIPP, WILLIAM R. BARTLETT, DONALD F. KUNESH, GENE PIETRO, OVERTON INVESTMENT COMPANY, ROGER NELSON, JOE WRIGHT, ALBERT I. STRAUCH, MARVIN REEVES, JIM REINHARDT, ROBERT W. BLAHA, CHARLES A. LUSK, JAY BYERS, H & A PARTNERSHIP, JAMES H. BLAHA, MICHAEL R. QUINN, STEVEN LIVINGSTON, JAMES D. DECHARD, E. JEFFREY PEIERLS, and BRIAN PEIERLS,

    Plaintiffs,

v.

MAXWELL ENERGY EQUIPMENT CO., a Colorado corporation, LLOYD S. RUBIN, ENERGY CAPITAL FUND, a Grand Cayman Island corporation, UNIVEST, INC., a Colorado corporation, KENNETH W. TRIBBEY, TRIBBEY ADMIRALL, INCORPORATED, DAVID J. WAGNER, and WAGNER & WALLER, a Colorado partnership,

    Defendants.

_____

**ORDER FOR REVIVAL OF JUDGMENT**
_____

This matter is before me on plaintiffs' Motion for Revival of Judgment and notice to show cause for revival of judgment (doc. no. 9) seeking to revive a judgment, dated October 29, 1986, in favor of Michael R. Quinn and A.L. Overton as trustees for the named plaintiffs against the defendants in the amount of $200,000, together with interest at the rate of 12% per annum from the date of entry of judgment. Plaintiff seeks revival pursuant to C.R.C.P. 54(h), asserting that the total amount of the judgment remains unsatisfied. Notice to show cause for revival of judgment was issued October 2, 2006, and served by publication from October 6, 2006, to October 27, 2007. No response or objection to the revival has been received by this court.

Being sufficiently advised in the premises, the motion is granted and it is ordered that the judgment, dated October 29, 1986, in favor of Michael R. Quinn and A.L. Overton, as trustees for the plaintiffs, Alan Schaeffer, Sunrise Energy Corp., Richard J. Brown, Norman G. Skipp, William R. Bartlett, Donald F. Kunesh, Gene Pietro, Overton Investment Company, Roger Nelson and Joe Wright, Albert L. Strauch, Marvin Reeves, Jim Reinhardt, Robert W. Blaha, Charles A. Lusk, Jay Byers, H & A Partnership, James H. Blaha, Steven Livingston, James D. Dechard, E. Jeffrey Peierls, Brian Peierls, and D.J. O'Shaughnessy and Michael R. Quinn and against the defendants Lloyd S. Rubin, Energy Capital Fund, and Univest Financial Fund, Ltd., a/k/a Univest, Inc., jointly and severally, in the amount of $200,000, which judgment shall bear interest at the rate of 12% per annum from the date of entry of judgment, is hereby revived.

DATED at Denver, Colorado, on June 27, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge